IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA STOKES, | : | |
| *Petitioner* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBERT MARSH *et al.*, | : | No. 19-3019 |
| *Respondents* | : | |

## ORDER

**AND NOW**, this 11th day of March, 2022, upon careful and independent consideration of Petitioner Joshua Stokes's Petition for Writ of Habeas Corpus (Doc. No. 1), the Respondents' Response to the Petition (Doc. No. 12), Magistrate Judge Marilyn Heffley's Report and Recommendation (Doc. No. 8), and Mr. Stokes's Objections to the Report and Recommendation (Doc. No. 33), and for the reasons given in the accompanying Memorandum, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case **CLOSED**, including for statistical purposes.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1